1  SALVATORE SCIANDRA, Bar No. 58256
   Law Office of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, OSCAR ROSALES

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NUMBER: 1:05-CR-00161-OWW
                                    )
11             Plaintiff,            )
   v.                                )   STIPULATION AND ORDER TO
12                                   )   CONTINUE TRIAL DATE
   OSCAR ROSALES, et al.,            )
13                                   )
               Defendant.            )
14 _____   )

15     **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

16 the defendants by and through their attorneys, that the trial in the above-entitle matter be continued.  The

17 additional time is necessary for further investigation, trial preparation and settlement negotiations.

18 Following is the new schedule:

19          Motions in Limine due date is continued from August 11, 2006 to
            November 3, 2006.
20

21          Response to Motions in Limine due date is continued from August 16,
            2006 to November 9, 2006.
22

23          Trial Confirmation Hearing and Hearing on Motions in Limine is
            continued from August 21, 2006 at 1:30 p.m. to November 13, 2006 at
24          1:30 p.m.

25
            Jury Trial is continued from September 6, 2006 at 1:00 p.m. to November
26          28, 2006 at 1:00 p.m.

27
            Jenks material due date of July 19, 2006 continue to October 13, 2006,
28          AUSA to file Protective Order.

1 / / /

2           Respectfully submitted,

3

4 DATED: July 11, 2006     /s/   Salvatore Sciandra
    SALVATORE SCIANDRA
5     Attorney for Defendant,
    OSCAR ROSALES
6

7 DATED: July 11, 2006     /s/   Karen Escobar
    KAREN ESCOBAR
8     Assistant United States Attorney
    Agreed to on 7/7/06 in court.
9

10 DATED: July 11, 2006     /s/   David Balakian
    DAVID BALAKIAN
11     Attorney for Defendant,
    GILDA ROSALES
12     Agreed to via telephone on 7/11/06.

13

14 DATED: July 11, 2006     /s/   Victor Chavez
    VICTOR CHAVEZ
15     Attorney for Defendant,
    LEONARD HEREDIA
16     Agreed to on 7/7/06 in court.

17

18 DATED: July 11, 2006     /s/   Arthur Greenspan
    ARTHUR GREENSPAN
19     Attorney for Defendant,
    RYAN GOMEZ
20     Agreed to via telephone on 7/11/06.

21

22 DATED: July 12, 2006     /s/   Barbara Hope O'Neill
    BARBARA HOPE O'NEILL
23     Attorney for Defendant,
    JUAN TREJO
24     Agreed to via telephone on 7/12/06.

25

26 DATED: July 11, 2006     /s/   Stephen Quade
    STEPHEN QUADE
27     Attorney for Defendant,
    JOSE NEGRETE
28     Agreed to on 7/7/06 in court.

U.S. v. ROSALES, et al.
STIPULATION AND ORDER TO CONTINUE TRIAL DATE
CASE NO.: 1:05-CR-00161-OWW     2

1  / / /

2  
**ORDER**

IT IS SO ORDERED.

3  

**Dated:**   **July 15, 2006**                            **/s/ Oliver W. Wanger**
4  emm0d6                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28