David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GILDA ROSALES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>GILDA ROSALES,  )<br>)<br>Defendant.  )<br>) | **CASE NO. 1: 05 CR 00161 OWW**<br><br>**STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION AND TRIAL DATE AND TO RESET MATTER FOR STATUS HEARING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the trial confirmation hearing presently set for Monday, November 13, at 1:30 p.m., and the trial date presently set for Tuesday, November 28, at 1:00 p.m., be vacated. The parties agree that the matter be reset for a status hearing on Monday, January 29, 2007, at 9:00 a.m.

In this matter, co-defendant Oscar Rosales, husband of Gilda Rosales, has plead guilty and is pending sentencing. After defendant Oscar Rosales is sentenced, the matter of Gilda Rosales will be dismissed. Sentencing for Oscar Rosales is set for January 22, 2007.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: November 6, 2006.          /s/ DAVID BALAKIAN
                                  David Balakian,
                                  Attorney for Defendant,
                                  GILDA ROSALES

Dated: November 6, 2006.          /s/ KAREN ESCOBAR
                                  Karen Escobar,
                                  Assistant U.S. Attorney.

                                  Stipulation has been agreed to
                                  by Ms. Escobar.

### ORDER

Good cause having been shown, the trial confirmation hearing presently set for Monday, November 13, at 1:30 p.m., and the trial date presently set for Tuesday, November 28, at 1:00 p.m., are vacated.

This matter shall be reset for a status hearing on Monday, January 29, 2007, at 9:00 a.m., time is excluded through January **29, 2007 to enable terms of the parties' agreement for dismissal of of the case to be performed.**
IT IS SO ORDERED.

**Dated:   November 7, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE