David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GILDA ROSALES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,)    **CASE NO. 1: 05 CR 00161 OWW**
                          )
        Plaintiff,        )    **STIPULATION AND ORDER**
                          )    **TO VACATE TRIAL CONFIRMATION**
     vs.                  )    **AND TRIAL DATE AND TO RESET**
                          )    **MATTER FOR STATUS HEARING**
GILDA ROSALES,            )
_____    )    _____
                          )
_____Defendant._____ )
_____    )

     THE PARTIES HEREBY STIPULATE AND AGREE that the trial

confirmation hearing presently set for Monday, November 13, at 1:30

p.m., and the trial date presently set for Tuesday, November 28, at

1:00 p.m., be vacated. The parties agree that the matter be reset

for a status hearing on Monday, January 29, 2007, at 9:00 a.m.

     In this matter, co-defendant Oscar Rosales, husband of Gilda

Rosales, has plead guilty and is pending sentencing. After

defendant Oscar Rosales is sentenced, the matter of Gilda Rosales

will be dismissed. Sentencing for Oscar Rosales is set for January

22, 2007.

1

2      Pursuant to Federal Rules of Criminal Procedure section 18

3  U.S.C. 3161, the parties agree that any delay resulting from this

4  continuance shall be excluded in the interest of justice.

5  Dated: November 6, 2006.          /s/ DAVID BALAKIAN
                                     David Balakian,
6                                    Attorney for Defendant,
                                     GILDA ROSALES
7

8  Dated: November 6, 2006.          /s/ KAREN ESCOBAR
                                     Karen Escobar,
9                                    Assistant U.S. Attorney.

10                                   Stipulation has been agreed to
                                     by Ms. Escobar.
11

12                              **ORDER**

13      Good cause having been shown, the trial confirmation hearing

14  presently set for Monday, November 13, at 1:30 p.m., and the trial

15  date presently set for Tuesday, November 28, at 1:00 p.m., are

16  vacated.

17      This matter shall be reset for a status hearing on Monday,

18  January 29, 2007, at 9:00 a.m.,time is excluded through January

19  **29, 2007 to enable terms of the parties' agreement for dismissal of**

20  **of the case to be performed.**

21  IT IS SO ORDERED.

22  **Dated:   November 7, 2006**          **/s/ Oliver W. Wanger**
    emm0d6                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28                                   2