David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GILDA ROSALES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 1: 05 CR 00161 OWW** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE STATUS HEARING** |
| vs. ) | |
| ) | |
| GILDA ROSALES, ) | |
| ) | |
| Defendant. ) | |

   THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing presently set for Monday, January 29, at 9:00 a.m., be continued to Monday, April 9, 2007, at 9:00 a.m.

   In this matter, co-defendant Oscar Rosales, husband of Gilda Rosales, has plead guilty and is pending sentencing. After defendant Oscar Rosales is sentenced, the matter of Gilda Rosales will be dismissed. Sentencing for Oscar Rosales is set for April 2, 2007.

//

//

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: January 22, 2007.   /s/ DAVID BALAKIAN
David Balakian,
Attorney for Defendant,
GILDA ROSALES

Dated: January 22, 2007.   /s/ KAREN ESCOBAR
Karen Escobar,
Assistant U.S. Attorney.

Stipulation has been agreed to by Ms. Escobar.

**ORDER**

Good cause having been shown, the status hearing presently set for Monday, January 29, at 9:00 a.m., be continued to Monday, April 9, 2007, at 9:00 a.m.

Time is excluded through April 9, 2007, to enable terms of the parties' agreement for dismissal of the case to be performed.

IT IS SO ORDERED.

**Dated:   January 26, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

2