1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net.net

5  Attorney for Defendant, **GILDA ROSALES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> GILDA ROSALES, ) <br> ) <br>    Defendant. ) <br> ) | **CASE NO. 1: 05 CR 00161 OWW** <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing presently set for Monday, April 9, at 9:00 a.m., be continued to Monday June 11, 2007, at 1:30 p.m.

   In this matter, co-defendant Oscar Rosales, husband of Gilda Rosales, has plead guilty and is pending sentencing. After defendant Oscar Rosales is sentenced, the matter of Gilda Rosales will be dismissed. Sentencing for Oscar Rosales is being continued to June 11, 2007, at 1:30 p.m.

//

//

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: March 29, 2007.                /s/ DAVID BALAKIAN
                                      David Balakian,
                                      Attorney for Defendant,
                                      GILDA ROSALES

Dated: March 29, 2007.                /s/ KAREN ESCOBAR
                                      Karen Escobar,
                                      Assistant U.S. Attorney.

                                      Stipulation has been agreed to
                                      by Ms. Escobar.

**ORDER**

Good cause having been shown, the status hearing presently set for Monday, April 9, at 9:00 a.m., shall be continued to Monday June 11, 2007, at 1:30 p.m.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, any delay resulting from this continuance shall be excluded in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 29, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE

2