David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GILDA ROSALES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GILDA ROSALES, )<br>)<br>Defendant. )<br>) | **CASE NO. 1: 05 CR 00161 OWW**<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS HEARING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing presently set for Monday, June 11, 2007, at 1:30 p.m., be continued to Monday, June 18, 2007, at 9:00 a.m.

   In this matter, co-defendant Oscar Rosales, husband of Gilda Rosales, has plead guilty and is pending sentencing. After defendant Oscar Rosales is sentenced, the matter of Gilda Rosales will be dismissed. Sentencing for Oscar Rosales is set for June 13, 2007.

//

//

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: May 24, 2007.                   /s/ DAVID BALAKIAN
                                       David Balakian,
                                       Attorney for Defendant,
                                       GILDA ROSALES

Dated: May 24, 2007.                   /s/ KAREN ESCOBAR
                                       Karen Escobar,
                                       Assistant U.S. Attorney.

                                       Stipulation has been agreed to
                                       by Ms. Escobar.

**ORDER**

Good cause having been shown, the status hearing presently set for Monday, June 11, 2007, at 1:30 p.m., be continued to Monday, June 18, 2007, at 9:00 a.m.

Time is excluded through June 18, 2007, to enable terms of the parties' agreement for dismissal of the case to be performed.

IT IS SO ORDERED.

**Dated:   May 26, 2007**                   /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2