David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **GILDA ROSALES**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) | **CASE NO. 1: 05 CR 00161 OWW** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE STATUS HEARING** |
| vs. ) | |
| ) | |
| GILDA ROSALES, ) | |
| _____) | _____ |
| ) | |
| _____Defendant._____ ) | |
| _____) | |

THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing presently set for Monday, June 18, 2007, at 9:00 a.m., be continued to Monday, August 27, 2007, at 9:00 a.m.

In this matter, co-defendant Oscar Rosales, husband of Gilda Rosales, has plead guilty and is pending sentencing. After defendant Oscar Rosales is sentenced, the matter of Gilda Rosales will be dismissed. Sentencing for Oscar Rosales has been continued to August 22, 2007.

//

//

1     Pursuant to Federal Rules of Criminal Procedure section 18

2 U.S.C. 3161, the parties agree that any delay resulting from this

3 continuance shall be excluded in the interest of justice.

4 Dated: June 13, 2007.       /s/ DAVID BALAKIAN
                     David Balakian,
5                Attorney for Defendant,
               GILDA ROSALES
6

7 Dated: June 13, 2007.       /s/ KAREN ESCOBAR
                     Karen Escobar,
8                Assistant U.S. Attorney.

9                Stipulation has been agreed to
               by Ms. Escobar.
10

11
### ORDER

12
     Good cause having been shown, the status hearing presently set
13
for Monday, June 18, 2007, at 9:00 a.m., be continued to Monday,
14
August 27, 2007, at 9:00 a.m.
15
     Time is excluded through August 27, 2007, to enable terms of
16
the parties' agreement for dismissal of the case to be performed.
17

18 IT IS SO ORDERED.

19 **Dated:   June 13, 2007**          **/s/ Oliver W. Wanger**
                    UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
               2