```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff        )     1:05-CR-0161 OWW
                               )
     v.                        )
                               )     ORDER DISMISSING ACTION
GILDA ROSALES,                 )     AS TO DEFENDANT
                               )     GILDA ROSALES ONLY
              Defendant        )
_____)


     Pursuant to the oral motion made by counsel for the government
at the hearing held on September 10, 2007, the Indictment as to
defendant GILDA ROSALES only, is ordered dismissed.
```
IT IS SO ORDERED.

**Dated:   October 9, 2007**            **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

1